the case is set down) and be ready for argument when reached; and that respondents have the right to proceed with the foreclosure of the mortgage herein to the extent only of obtaining judgment; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger and Carswell, JJ.; Hagarty, J., not voting.

VICTOR E. MILCH, Appellant, v. MATHILDA MYRTLE MILCH, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL S. ORTNER, Respondent, v. GEORGE STURM, Appellant.— The decision of this court, handed down on October 19, 1928, is hereby amended to read as follows: Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD H. COLEMAN, Appellant.— Motion granted to the extent that the appeal may be heard on the original record, the briefs to be printed. Time to perfect appeal extended to the January, 1929, term. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LILBON WASHINGTON, Appellant.— Motion to dismiss appeal granted by default. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY E. DIXEY and Others, Appellants, v. JOSEPH E. ESQUIROL, as Chief Clerk, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOSEPH QUINN, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for stay of trial denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARY RUDOLPH, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted. We think there is a question of law involved which should be passed upon by the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. Settle order on notice.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF, and BENJAMIN LIBOFF, as Receiver of the Assets of the Copartnership of SCHENKER & LIBOFF, Appellants.— Motion to stay proceeding to punish for contempt granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ABRAM SEBRING, as Receiver, etc., Respondent, v. PHILIP KATSHER and MAX KAPLAN, Defendants. JOSEPH A. LAUB, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached;

otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagerty, Seeger and Carswell, JJ.

FEZON S. SHANNON, Respondent, v. HEYWARD H. SHANNON, Appellant.— Motion granted to the extent that the checks and check stubs need not be printed, the original exhibits to be submitted upon the argument of the appeal; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SOUTH OZONE PARK LUMBER AND SUPPLY CORPORATION, Respondent, v. ROCKFIELD DEVELOPMENT CORPORATION, Appellant, and GELLER HOLDING CORPORATION and Another, Defendants.— Motion for stay pending appeal granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

EMANUEL A. STERN, Sometimes Known as EMANUEL STERN, Appellant, v. KARPF & HAHN REALTY° CORPORATION, Respondent. FREDERICK W. KLEIN and Others, Defendants.— Motion to dismiss appeal as against defendant Karpf & Hahn Realty Corporation granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HANNAH SULLIVAN, as Receiver of the Property, Assets, Rights and Effects of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defendant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion to dismiss appeal denied. Motion to consolidate appeal from order appointing receiver with appeal from interlocutory judgment granted. Both appeals are directed to be argued together. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HANNAH SULLIVAN, as Receiver of the Property, Assets, Rights and Effects of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defendant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion for stay granted upon condition that defendant stipulate to make no sales of plots on an installment basis pending the hearing and determination of this appeal, that no salaries shall be paid out of the proceeds of any sales of plots, and that defendant, within five days from the entry of the order herein, furnish a bond, with corporate surety, in the sum of $100,000 to cover any loss or damage which respondent may suffer in the event that the appeal be unsuccessful; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

G. ALBERT THOMPSON and H. AUSTIN THOMPSON, Respondents, v. ROY W. HEBARD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BEULA VAN BLARCOM, Respondent, v. CLIFFORD A. STORM, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HOWARD T. WALDEN and EDWARD F. JORDAN, as Surviving Members of the Firm of WALDEN & WEBSTER, Respondents, v. MAURICE RAPOPORT, EUGENE J. RICH and WALTER M. HOLDSTEIN, Doing Business under the Firm Name and